**John PORTEE, Appellant,**

v.

**CONTRACT TRANSPORT, INC., Defendant,**

**Division of Employment Security, Respondent.**

**No. WD 51917.**

Missouri Court of Appeals, Western District.

April 30, 1996.

Samuel I. McHenry, Kansas City, for appellant.

Sharon Ann Willis, Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from decision of Missouri Labor and Industrial Relations Commission affirming the decision of the Division of Employment Security which denied appellant certain unemployment compensation benefits.

Judgment affirmed. Rule 84.16(b).